

## NUMBER 13-16-00412-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

DANA KAY ABNEY, Appellant,

v.

RONNIE LEE FRENZEL,
AS EXECUTOR OF THE ESTATE OF HAROLD FRENZEL, Appellee.

On appeal from the 105th District Court
of Kleberg County, Texas.

## ORDER ABATING APPEAL

### Before Justices Garza, Perkes, and Longoria
### Order Per Curiam

Appellant Dana Kay Abney seeks to appeal a temporary injunction and she has filed a motion for extension of time to file her notice of appeal. In a separate petition for writ of mandamus docketed in cause number 13-16-00495-CV, Abney seeks to direct the trial court to make findings in her favor regarding when she received actual notice or knowledge of the temporary injunction pursuant to Texas Rule of Civil Procedure 306a.

*See* TEX. R. CIV. P. 306a.

The trial court's order which denies Abney's Rule 306a motion which is at issue in the original proceeding and which is related to this appeal contains conflicting statements and is not dated. Further, the order fails to comply with Texas Rule of Appellate Procedure 4.2(c). *See* TEX. R. APP. P. 4.2(c) (requiring the trial court to sign a written order that "finds the date when the party or the party's attorney first either received notice or acquired actual knowledge that the judgment or order was signed").

Under these circumstances, we ABATE and REMAND this appeal to the trial court. Upon remand, the trial court shall hold a hearing and take whatever steps are necessary to issue an order which complies with the appellate rules and clarifies its intent. The trial court is directed to forward the record of the proceedings, including its amended order and findings, to this Court within thirty (30) days of the date of this order, or to notify this Court within such period indicating a date by which the trial court can comply. This appeal will be reinstated on further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
23rd day of September, 2016.

2